D + F

**BARSHAY SANDERS, PLLC**
100 Garden City Plaza
Suite 500
Garden City, NY 11530
Tel: (516) 203-7600
Our File No: 110774
*Attorneys for Plaintiff*

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ MAY 26 2017 ★
LONG ISLAND OFFICE

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

Christine M. Taylor, individually and on behalf of all others similarly situated,

        Plaintiff,

-against-

Enhanced Recovery Company, LLC,

        Defendant.

Docket No: 2:17-cv-00541-LDW-AKT

**NOTICE OF VOLUNTARY DISMISSAL**
**PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the plaintiff and/or plaintiff's counsel, hereby give notice that the above captioned action is voluntarily dismissed with prejudice against the defendant.

Dated: May 24, 2017

        **BARSHAY SANDERS, PLLC**

        By: /s *Craig B. Sanders*
        Craig B. Sanders
        100 Garden City Plaza, Suite 500
        Garden City, New York 11530
        Tel. (516) 203-7600
        Email: *ConsumerRights@BarshaySanders.com*
        Our File No: 110774
        *Attorneys for Plaintiff*

SO ORDERED
/s/Leonard D. Wexler
U.S.D.J.
U.S.D.J.
CENTRAL ISLIP, NY
5/26/17